AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Health and Welfare Fund, and Howard
McDougall, trustee

CASE NUMBER: 08 CV 4120

V.

ASSIGNED JUDGE: JUDGE NORGLE

Barbara Cook and Donald L. Cook

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Barbara Cook
4565 Hartzell Lane, #2
Eau Claire, Wisconsin 54703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis J. Carey
Central States Legal Department
9377 W. Higgins Rd.
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Holliman*

(By) DEPUTY CLERK

July 21, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Attorney or Party Without Attorney:
CENTRAL STATES SOUTHEAST AND SOUTHWEST AREA
PO BOX 5123
DES PLAINES, IL 60017 5123
Att For: CENTRAL STATES, SOUTHEAST AND

SHERIFF NO.
EWSUMM-08002052-001

Plaintiff: CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS

Defendant: BARBARA COOK AND DONALD L. COOK

PROOF OF SERVICE
(SUMMONS & COMPLAINT)

08CV4120

I, Ron D. Cramer, SHERIFF in and for said County and State, do hereby certify that I have received the annexed:

SUMMONS AND COMPLAINT FOR INTERPLEADER

I served the same on the 23rd day of JULY, 2008, at the hour of 4:00 PM within the County of Eau Claire, State of Wisconsin, as follows on:

PERSON SERVED: COOK, BARBARA

I DULY SERVED THE ABOVE NAMED PERSON, THE PAPERS PERSONALLY, A TRUE AND CORRECT COPY THEREOF. THE ABOVE NAMED PAPERS WERE SO SERVED AND DELIVERED; AND SUBSCRIBED MY NAME AND OFFICIAL TITLE.

Address Served: 2933 WESTERN AV (WK)
EAU CLAIRE, WI 54701

Service By                HOMER, STEVEN                Deputy

SHERIFF'S FEES        Charges
---------------        -------
SERVICE FEE            70.00
                       -------
** TOTALS **           70.00

I am a Wisconsin SHERIFF, and I certify that the foregoing is true and correct.

Eau Claire County
728 2ND. AVE
EAU CLAIRE, WI 54703

DATE: 7/24/08

Ron D. Cramer, SHERIFF
COUNTY OF Eau Claire
STATE OF Wisconsin
BY  /s/ Steve Homer

Deputy

| Attorney or Party Without Attorney: CENTRAL STATES SOUTHEAST AND SOUTHWEST AREA PO BOX 5123 DES PLAINES, IL 60017 5123 Att For: CENTRAL STATES, SOUTHEAST AND | SHERIFF NO. EWSUMM-08002052-001 |
|---|---|
| Plaintiff: CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS | |
| Defendant: BARBARA COOK AND DONALD L. COOK | |
| PROOF OF SERVICE (SUMMONS & COMPLAINT) | 08CV4120 |

Declaration of **Due Diligence:** The following attempts were made:

```
    Date       Time       Address
    --------   --------   ----------------------------------------------
1   7/23/08    3:00 PM    4565 HARTZELL LA APT: 2
                          EAU CLAIRE, WI  54703
            Comment       NO CONTACT.  LEFT CARD W/DAUGHTER.  WKS MASON SHOE,
```

SERVED BY: HOMER, STEVEN