AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Health and Welfare Fund, and Howard
McDougall, trustee

CASE NUMBER: 08 CV 4120

V.

ASSIGNED JUDGE: JUDGE NORGLE

Barbara Cook and Donald L. Cook

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Donald L. Cook
427 E. Taylor Ave.
Barron, WI 54812

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis J. Carey
Central States Legal Department
9377 W. Higgins Rd.
Rosemont, IL 60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

Jacquline Hallinan
(By) DEPUTY CLERK

July 21, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                *Date*                *Signature of Server*

                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Barron County Sheriff Department
## Return of Service

IN THE ILLINOIS DISTRICT COURT FOR _____ COUNTY

File Number **20080911**  Court Number **08CV4120**  Notice Received **07/23/2008**

Plaintiff : **CENTRAL STATES, SOUTHEAST,** /

Defendant : **COOK, DONALD L**

STATE OF ILLINOIS } SS
BARRON COUNTY }

I hereby certify that I served the following paper(s).

☑ Summons & Complaint   CIVIL CASE

☑ Personal   Code: 1

Type Code **Personal**   Date **07/24/2008**

Name **COOK, DONALD L**   by serving **Donald Cook**   Time **8:00 PM**

☐ a person therein of appropriate age
☐ spouse

Address **427 E TAYLOR AVE, BARRON, WI 54812**

| Type | Description | Amount | |
|---|---|---|---|
| Fees | | $50.00 | ☑ |
| | Total Billable Fees | $50.00 | |
| | Total Non Billable Fees | $0.00 | |
| | Grand Total Fees | $50.00 | |

Thomas J. Richie, Sheriff
Barron County Wisconsin

*David Moin* (signature)
SIGNATURE

**DAVID MOIN**