UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, an Employee Welfare Benefit Plan, by Howard McDougall, a Trustee thereof,<br><br>Plaintiff,<br><br>-vs-<br><br>BARBARA COOK and DONALD COOK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08 cv 4120<br>) Honorable Judge Norgle<br>) Magistrate Judge Denlow<br>)<br>) |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Donald Cook.

I certify that I am admitted to practice in this court.

| 8/13/08 | s/Karin A. Olson |
|---|---|
| Date | Signature |
| | Karin A. Olson |
| | Print Name |
| | One East Wacker Drive, Suite 2500 |
| | Address |
| | Chicago, Illinois 60601 |
| | City      State      Zip Code |
| | (312)832-1616      (312)832-0270 |
| | Phone Number      Fax Number |

Illinois Attorney Registration No.: 6205248