IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, an Employee Welfare Benefit Plan, by Howard McDougall, a Trustee thereof,<br><br>    Plaintiff,<br><br>    -vs-<br><br>BARBARA COOK and DONALD COOK,<br><br>    Defendants. | Case No. 08 cv 4120<br>Honorable Judge Norgle<br>Magistrate Judge Denlow |

## MOTION - AGREED

The Defendant, Donald Cook, by and through his attorneys, S. Jerome levy & Associates, P.C., does hereby request that this Honorable Court enter an order granting the Defendant, Donald Cook, an additional 28 days to file his response to the Plaintiff's Complaint for Interpleader. In support thereof, the Defendant states:

1. S. Jerome Levy & Associates, P.C. has just been retained by the Defendant, Donald Cook, as his attorneys in this matter.

2. Counsel for the Defendant needs an additional 28 days to file the Defendant's responsive pleading.

3. Counsel for the Defendant spoke with Plaintiff's counsel, Mr. Casey, and Mr. Casey has no objection to the relief sought.

WHEREFORE, the Defendant, Donald Cook, respectfully requests that this Honorable Court grant the Defendant, Donald Cook, an additional 28 days to file his response to the Plaintiff's Complaint for Interpleader.

                                          S. JEROME LEVY & ASSOCIATES, P.C.

                                By:      s/ S. Jerome Levy
                                                    S. Jerome Levy

S. JEROME LEVY & ASSOCIATES, P.C.
One East Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 832-1616