UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, an Employee Welfare Benefit Plan, by Howard McDougall, a Trustee thereof, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 4120 Judge Charles R. Norgle, Sr. |
| v. | ) ) | |
| BARBARA COOK and DONALD COOK | ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: S. Jerome Levy
Leslie A. Stulberg
S. Jerome Levy & Associates, P.C.
One East Wacker Drive, Suite 2500
Chicago, IL 60601

Barbara Cook
4565 Hartzell Lane, #2
Eau Claire, Wisconsin 54703

PLEASE TAKE NOTICE that on Friday, August 22, 2008 at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Charles R. Norgle, Sr., Judge of the United States District Court for the Northern District of Illinois, Courtroom 2341, located at 219 South Dearborn Street,

F:270795 / 08710030 / 8/15/08 -1-

Chicago, Illinois, or such other Judge as may be sitting in his stead, and present the attached Motion to Deposit Funds and for Discharge.

        Respectfully submitted,

        /s/Francis J. Carey
        Francis J. Carey
        Attorney for Plaintiffs
        Central States, Southeast and
        Southwest Areas Health and
        Welfare Fund
        9377 W. Higgins Road
        Rosemont, IL  60018-4938

August 15, 2008        (847) 518-9800, Ext. 3465

## CERTIFICATE OF SERVICE

I, Francis J. Carey, one of the attorneys for the Plaintiff, Central States, Southeast and Southwest Areas Health and Welfare Fund, certify that on the 15th day of August, 2008, I caused the foregoing Plaintiffs' Notice of Motion and Motion to Deposit Funds and for Discharge to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Notice of Motion and Motion by E-filing and mailing said documents to:

S. Jerome Levy
Leslie A. Stulberg
S. Jerome Levy & Associates, P.C.
One East Wacker Drive, Suite 2500
Chicago, IL 60601

Barbara Cook
4565 Hartzell Lane, #2
Eau Claire, Wisconsin 54703

/s/Francis J. Carey
Francis J. Carey