Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | 8-20-2008 |
|---|---|---|---|
| CASE NUMBER | 08 C 4120 | DATE | 8/20/08 |
| CASE TITLE | Central States, Southeast and Southwest Areas Health and Welfare Fund vs. Barbara Cook and Donald Cook | | |

**DOCKET ENTRY TEXT**

The Court has granted Plaintiff Central States's motion to deposit $40,000 and to be discharged. Counsel for Plaintiff is not required to appear on August 22, 2008 at 10:30 A.M. Defendants Barbara Cook and Donald Cook or their respective counsel have been noticed to appear for status and have been served with summons and complaint.

*Charles Norgle* (signature)

Docketing to mail notices.

FILED
2008 AUG 20 PM 3:54
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|