*HHN*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS HEALTH AND )
WELFARE FUND, an Employee Welfare )
Benefit Plan, by Howard McDougall, )
a Trustee thereof, )
  )      Case No. 08 C 4120
              Plaintiffs, )      Judge Charles R. Norgle, Sr.
  )
          v. )
  )
BARBARA COOK and DONALD COOK )
  )
          Defendants. )

## ORDER TO DEPOSIT FUNDS
## AND FOR DISCHARGE

This matter coming before the Court upon the motion of the Central States, Southeast and Southwest Areas Health and Welfare Fund to deposit funds and to be discharged from any liability to the Defendants for a Life Insurance benefit, payable by it to the proper beneficiary of Thomas H. Cook, deceased, IT IS HEREBY ORDERED:

1.     The Central States, Southeast and Southwest Areas Health and Welfare Fund is ordered to deposit $40,000.00 with the clerk of the United States District Court for the Northern District of Illinois within three days of this Order, which sum represents the total Life Insurance benefit payable by the Central States Health and Welfare Fund to the proper beneficiary of Thomas H. Cook, deceased.

2.     Upon deposit of $40,000.00 with the Clerk of the Court, the Central States, Southeast and Southwest Areas Health and Welfare Fund is discharged from liability to the

F:270792 / 08710030 / 8/15/08

-1-

Defendants for the Life Insurance benefit, payable by it to the beneficiary of Thomas H. Cook, deceased.

3.    The $40,000.00 deposited with the Clerk of the Court will be held by the clerk in an interest bearing account, subject to disposition by further order of this Court.

4.    Upon deposit of $40,000.00 with the Clerk of the Court, the Central States, Southeast and Southwest Areas Health and Welfare Fund is dismissed as a party to this case.

Entered this 20 day of *August* 2008

The Honorable Judge Charles R. Norgle, Sr.
United States District Court
Northern District of Illinois