Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4120 | DATE | 8/19/2008 |
| CASE TITLE | CENTRAL STATES vs. BARBARA COOK and DONALD COOK | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 20 AM 9:01
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|