

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, an Employee Welfare Benefit Plan, by Howard McDougall, a Trustee thereof,<br><br>    Plaintiff,<br><br>-vs-<br><br>BARBARA COOK and DONALD COOK,<br><br>    Defendants. | Case No. 08 cv 4120<br>Honorable Judge Norgle<br>Magistrate Judge Denlow |

### ORDER - AGREED

This matter having come on to be heard on the Agreed Motion of the Defendant, Donald Cook, by and through his attorneys, S. Jerome Levy & Associates, P.C., requesting an order granting the Defendant, Donald Cook, an additional 28 days to file his response to the Plaintiff's Complaint for Interpleader, Plaintiff's counsel having agreed to the Motion, and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendant, Donald Cook, is granted an additional 28 days or until September 12, 2008 to file his response to the Plaintiff's Complaint for Interpleader.

_____
HONORABLE JUDGE CHARLES R. NORGLE, SR.
UNITED STATES DISTRICT COURT

8/19/2008

S. JEROME LEVY & ASSOCIATES, P.C.