UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, an Employee Welfare Benefit Plan, by Howard McDougall, a Trustee thereof,<br><br>Plaintiffs,<br><br>v.<br><br>BARBARA COOK and DONALD COOK<br><br>Defendants. | Case No. 08 C 4120<br>Judge Charles R. Norgle, Sr. |

## NOTICE OF FILING

Now comes the Plaintiff, the Central States Southeast and Southwest Areas Health and Welfare Fund and gives notice to all parties that, pursuant to the Court's order of August 20, 2008 (Docket No. 18) granting Central States a discharge from liability to the Defendant for the life insurance, payable by Central States to the beneficiary of Thomas H. Cook, deceased, upon the deposit of $40,000.00 by Central States with the Clerk of the Court, on August 22, 2008 Central States, deposited $40,000.00 with the Clerk of the Court. The Clerk's receipt is attached hereto.

Respectfully submitted,

/s/ Francis J. Carey
Francis J. Carey (ARDC # 00387533)
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Health and Welfare Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3465

August 22, 2008

F:271492 / 08710030 / 8/22/08           -1-

## CERTIFICATE OF SERVICE

I, Francis J. Carey, one of the attorneys for the Plaintiff, Central States, Southeast and Southwest Areas Health and Welfare Fund, certify that on the 25th day of August, 2008, I caused the foregoing Plaintiffs' Notice of Filing to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Notice of Filing and mailing said documents to:

S. Jerome Levy, Esq.
Leslie A. Stulberg, Esq.
S. Jerome Levy & Associates, P.C.
One East Wacker Drive, Suite 2500
Chicago, IL 60601

Ms. Barbara Cook
4565 Hartzell Lane, #2
Eau Claire, Wisconsin 54703

/s/Francis J. Carey
Francis J. Carey

```
Court Name: Northern District of Illinois
Division: 1
Receipt Number: 4624007713
Cashier ID: nfinley
Transaction Date: 08/22/2008
Payer Name: CENTRAL STATES
------------------------------------
COMM REG MONEY MARKET
 For: CENTRAL STATES
 Case/Party: D-ILN-1-08-CV-004120-001
 Amount:         $40,000.00
------------------------------------
CHECK
 Check/Money Order Num: 379860
 Amt Tendered: $40,000.00
------------------------------------
Total Due:      $40,000.00
Total Tendered: $40,000.00
Change Amt:     $0.00

INTERPLEADER BOND P/O JUDGE NORGLE
8/20/8  08CV4120 FROM CENTRAL
STATES $40,000.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check
```